HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNON O'BRIEN, a single woman,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF TACOMA, a municipal corporation; MICHAEL TORRES, Tacoma Police Department officer; DAVID FISCHER, Tacoma Police Department officer,<br><br>　　　　　Defendants. | NO.  C04-5458 FDB<br><br>ORDER GRANTING AGREED MOTION TO EXTEND DATE FOR COMPLETION OF CR 39.1 MEDIATION<br><br><br>Noted for Consideration:<br>July 12, 2005 |

　　　　THIS MATTER having come on regularly to be heard before the undersigned judge of the above-entitled court jointly by plaintiff and defendants for an order granting extension for completion of CR 39.1 mediation in this matter, the defendant being represented by Jean P. Homan, Assistant City

ORDER GRANTING MOTION TO EXTEND DATE
FOR COMPLETION OF CR 39.1 MEDIATION - 1
(C04-5458 FDB)

Attorney; and the plaintiff, appearing by and through Michael E. Withey, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that Agreed Motion to Extend Date for Completion of CR 39.1 Mediation is hereby granted; and it is further

ORDERED, ADJUDGED and DECREED that the new date for completion of the CR 39.1 Mediation is July 22, 2005.

DATED this 13th day of July 2005.

                                                              FRANKLIN D. BURGESS
                                                              UNITED STATES DISTRICT JUDGE

Presented by:

ELIZABETH A. PAULI, Acting City Attorney


By: _____
       JEAN P. HOMAN
       WSBA # 27084
       Assistant City Attorney
       Attorney for Defendants

Approved as to form:

STRIMATTER KESSLER WHELAN
WITHEY COLUCCIO


By: _____
       MICHAEL E. WITHEY
       WSBA # 4787
       Attorney for Plaintiff

/

## CERTIFICATE OF SERVICE

    I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Michael Withey, attorney for plaintiff.

_____
JEAN P. HOMAN
WSBA#27084
Attorney for Defendants
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA  98402
(253) 591-5885
Fax:  (253) 591-5755
jhoman@ci.tacoma.wa.us